UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
  GAIL SHARP                                          CASE NO. 20-10245
  773 HUFFINES MILL ROAD                              JUDGE BENJAMIN A. KAHN
  REIDSVILLE, NC  27320

        DEBTOR

SSN(1) XXX-XX-9762                                    DATE: 11/05/2020

## REPORT OF FILED CLAIMS

   Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ADVANCED HOME CARE<br>P O BOX 580089<br>CHARLOTTE, NC  28258-0089 | $0.00<br>INT:  .00%<br>NAME ID:  155203<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AMERICAN PARTNERS FCU<br>P O BOX 1198<br>REIDSVILLE, NC  27323 | $2,771.80<br>INT:  4.28%<br>NAME ID:  21741<br>CLAIM #:  0008 | (X) SPECIAL-UNSECURED<br><br>ACCT:  3209<br>COMMENT:  OC |
| CARELINK MOSES CONE<br>1018 ARNOLD ST<br>GREENSBORO, NC  27405 | $0.00<br>INT:  .00%<br>NAME ID:  181609<br>CLAIM #:  0010 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAROLINA APOTHECARY<br>P O BOX 29<br>REIDSVILLE, NC  27323 | $0.00<br>INT:  .00%<br>NAME ID:  9531<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAROLINA NEUROSURGERY & SPINE<br>225 BALDWIN AVE<br>CHARLOTTE, NC  28204 | $0.00<br>INT:  .00%<br>NAME ID:  48273<br>CLAIM #:  0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CENTRAL CAROLINA SURGERY CENTER<br>1002 N CHURCH ST #302<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID:  158729<br>CLAIM #:  0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID:  137686<br>CLAIM #:  0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT ONE BANK<br>P O BOX 98873<br>LAS VEGAS, NV  89193 | $0.00<br>INT:  .00%<br>NAME ID:  44483<br>CLAIM #:  0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 5072<br>CAROL STREAM, IL  60197-5072 | $557.09<br>INT: .00%<br>NAME ID: 179272<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 8629<br>COMMENT: 320A |
| DR EDWARD B GERHARDT<br>301 WENDOVER AVE E #411<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 181610<br>CLAIM #: 0017 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EMERGE ORTHO PA<br>P O BOX 14000<br>BELFAST, ME  04915 | $0.00<br>INT: .00%<br>NAME ID: 179519<br>CLAIM #: 0018 | (U) UNSECURED<br>NOT FILED<br>ACCT: A847<br>COMMENT: |
| GREENSBORO ANESTHESIA<br>3625 N ELM ST<br>GREENSBORO, NC  27455 | $0.00<br>INT: .00%<br>NAME ID: 126301<br>CLAIM #: 0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GREENSBORO ORTHOPAEDICS<br>3200 NORTHLINE AVE<br>GREENSBORO, NC  27408 | $0.00<br>INT: .00%<br>NAME ID: 121446<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GREENSBORO RADIOLOGY<br>1331 N ELM ST STE 200<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 149128<br>CLAIM #: 0021 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| HUGHES NETWORK SYSTEMS<br>11717 EXPLORATION LN<br>GERMANTON, MD  20876 | $0.00<br>INT: .00%<br>NAME ID: 68048<br>CLAIM #: 0022 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9639<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT: 9762<br>COMMENT: |
| KROGER CHECK RECOVERY CENTER<br>P O BOX 1259<br>OAKS, PA  19456 | $0.00<br>INT: .00%<br>NAME ID: 181611<br>CLAIM #: 0023 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| LEBAUER HEART CARE<br>618 S MAIN ST<br>REIDSVILLE, NC  27320-5020 | $0.00<br>INT: .00%<br>NAME ID: 149805<br>CLAIM #: 0024 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST NW<br>COVINGTON, GA  30014 | $6,525.51<br>INT: .00%<br>NAME ID: 166347<br>CLAIM #: 0025 | (U) UNSECURED<br><br>ACCT: 0525<br>COMMENT: |
| MARINER FINANCE NORTH CAROLINA INC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $2,128.70<br>INT: 6.75%<br>NAME ID: 150555<br>CLAIM #: 0007 | (V) VEHICLE-SECURED<br><br>ACCT: 3002<br>COMMENT: 06CHEV |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| MEADE & ASSOCIATES<br>737 ENTERPRISE DR<br>LEWIS CENTER, OH  43035 | $31.12<br>INT: .00%<br>NAME ID: 165329<br>CLAIM #: 0035 | | (U) UNSECURED<br><br>ACCT: 8393<br>COMMENT:  HARRIS TEETER |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $1,469.15<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0033 | | (U) UNSECURED<br><br>ACCT: 5404<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 9762<br>COMMENT: |
| PIEDMONT TRIAD ANESTHESIA PA<br>145 KIMEL PARK DR STE 120<br>WINSTON SALEM, NC  27103-6983 | $0.00<br>INT: .00%<br>NAME ID: 115067<br>CLAIM #: 0027 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PRA RECEIVABLES MANAGEMENT LLC<br>% PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $6,114.72<br>INT: .00%<br>NAME ID: 118583<br>CLAIM #: 0026 | | (U) UNSECURED<br><br>ACCT: 1080<br>COMMENT: 820TFCL |
| QUICKEN LOANS INC<br>BANKRUPTCY TEAM<br>635 WOODARD AVE<br>DETROIT, MI  48226 | MONTHLY PMT  $538.93<br>INT: .00%<br>NAME ID: 181865<br>CLAIM #: 0004 | | (H) ONGOING-SECURED<br><br>ACCT: 4759<br>COMMENT:  DT RERP,CTD EFF AUG20 |
| QUICKEN LOANS INC<br>BANKRUPTCY TEAM<br>635 WOODARD AVE<br>DETROIT, MI  48226 | $1,524.80<br>INT: .00%<br>NAME ID: 181865<br>CLAIM #: 0005 | | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 4759<br>COMMENT:  ARR THRU MAR20 |
| QUICKEN LOANS INC<br>BANKRUPTCY TEAM<br>635 WOODARD AVE<br>DETROIT, MI  48226 | $2,155.72<br>INT: .00%<br>NAME ID: 181865<br>CLAIM #: 0006 | | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 4759<br>COMMENT:  ARR APR THRU JUL20 |
| QUICKEN LOANS INC<br>BANKRUPTCY TEAM<br>635 WOODARD AVE<br>DETROIT, MI  48226 | $450.00<br>INT: .00%<br>NAME ID: 181865<br>CLAIM #: 0034 | | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 4759<br>COMMENT:  POST PET FEES |
| ROCKINGHAM CO REGISTER OF DEEDS<br>170 NC 65 SUITE 150<br>REIDSVILLE, NC  27320 | $52.00<br>INT: .00%<br>NAME ID: 174473<br>CLAIM #: 0037 | | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ROCKINGHAM COUNTY<br>DEPARTMENT OF EMERGENCY SERVICES<br>% EMS MANAGEMENT & CONSULTANTS<br>P O BOX 863<br>LEWISVILLE, NC  27023 | $0.00<br>INT: .00%<br>NAME ID: 162570<br>CLAIM #: 0028 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ROCKINGHAM COUNTY EMS<br>P O BOX 863<br>LEWISVILLE, NC  27023 | $0.00<br>INT: .00%<br>NAME ID: 60425<br>CLAIM #: 0029 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| ROCKINGHAM COUNTY TAX<br>P O BOX 68<br>WENTWORTH, NC  27375-0068 | $0.00<br>INT:  .00%<br>NAME ID:  877<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SEVENTH AVENUE<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $383.06<br>INT:  .00%<br>NAME ID:  150901<br>CLAIM #:  0030 | (U) UNSECURED<br><br>ACCT:  0570<br>COMMENT: |
| SME INC USA<br>P O BOX 15209<br>WILMINGTON, NC  28408 | $0.00<br>INT:  .00%<br>NAME ID:  46713<br>CLAIM #:  0031 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $1,529.95<br>INT:  .00%<br>NAME ID:  161980<br>CLAIM #:  0032 | (U) UNSECURED<br><br>ACCT:  4335<br>COMMENT: |
| VERIZON<br>BY AMERICAN INFOSOURCE<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $544.63<br>INT:  .00%<br>NAME ID:  176218<br>CLAIM #:  0036 | (U) UNSECURED<br><br>ACCT:  0001<br>COMMENT: |
| **TOTAL:** | **$26,777.18** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $3,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

Case 20-10245   Doc 21   Filed 11/05/20   Page 5 of 5

PAGE 5 - CHAPTER 13 CASE NO. 20-10245

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

    Clerk, U.S. Bankruptcy Court
    101 S. Edgeworth Street
    P.O. Box 26100
    Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.


Date:  11/05/2020      OFFICE OF THE CHAPTER 13 TRUSTEE

     By: /s/ Gayle McFarland
       Clerk
       Chapter 13 Office
       500 W FRIENDLY AVE STE 200
       P O BOX 1720
       GREENSBORO, NC  27402-1720

cc:  Debtor
  Attorney for Debtor - Electronic Notice